| | |
|---|---|
| 1 | KURT A. KAPPES – SBN 146384 |
| 2 | MICHAEL D. LANE – SBN 239517<br>GREENBERG TRAURIG, LLP |
| 3 | 1201 K Street, Suite 1100<br>Sacramento, CA  95814-3938 |
| 4 | Telephone:  (916) 442-1111<br>Facsimile:  (916) 448-1709 |
| 5 | kappesk@gtlaw.com<br>lanemd@gtlaw.com |
| 6 | ERIC WONG (*Admitted Pro Hac Vice*) |
| 7 | GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400 |
| 8 | Florham Park, NJ 07932 |
| 9 | Attorneys for Defendant<br>JELLY BELLY CANDY COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>JELLY BELLY CANDY COMPANY,<br><br>Defendant. | Civil Action No. 2:23-cv-00035-DAD-JDP<br><br>**DEFENDANT JELLY BELLY CANDY COMPANY'S EXHIBIT A TO REPLY IN SUPPORT OF MOTION UNDER FED. R. CIV. P. 41 FOR AN AWARD OF FEES AND COSTS, AND TO STAY THIS ACTION UNTIL FEE AWARD IS PAID IN FULL**<br><br>Date:        March 7, 2023<br>Time:       1:30 p.m.<br>Courtroom: 4<br><br>Trial Date:  None Set |

Case No. 2:23-cv-00035-DAD-JDP
DEFENDANT JELLY BELLY CANDY COMPANY'S EXHIBIT A - REPLY IN SUPPORT OF MOTION FOR AN AWARD OF FEES, AND TO STAY THIS ACTION UNTIL FEE AWARD IS PAID IN FULL

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____X

DAVID KLEIN,

        Plaintiff,

        V.

JELLY BELLY CANDY COMPANY,

        Defendant.

_____X

Civil Action No. 22-cv-05629-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41, and permitted by this Court[1], David Klein ("Plaintiff") notice's dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The United States accordingly notices voluntary dismissal of this action, without prejudice. *See,* Fed. R. Civ. P. 41(a)(1)(B).

    In alternative, Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff notice's dismissal of this action. Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal is without prejudice. The United States accordingly notices voluntary dismissal of this action, without prejudice. *See,* Fed. R. Civ. P. 41(a)(1)(B). *See,* Fed. R. Civ. P. 41(a)(2).

    [continued]

---

[1] *See,* Doc. No.: 27

1

[continued]

Respectfully submitted,

Date: 8/26/2022

/s/ Farva Jafri
Farva Jafri, Esq.
*Jafri Law Firm*
50 Evergreen Row
Armonk, NY 10504
(800) 593-7491 (Telephone)
farva@jafrilawfirm.com
*Attorney for Plaintiff*
*David Klein*

cc: Counsel of record (by ECF)