KURT A. KAPPES – SBN 146384
MICHAEL D. LANE – SBN 239517
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

Attorneys for Defendant,
JELLY BELLY CANDY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>JELLY BELLY CANDY COMPANY,<br><br>Defendant. | Civil Action No. 2:23-cv-00035-DAD-JDP<br><br>**DEFENDANT JELLY BELLY CANDY COMPANY'S NOTICE OF APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO RULE 41(D)**<br><br>[Filed Concurrently with (1) Memorandum of Points and Authorities; (2) the Declaration of Eric D. Wong and (3) [Proposed] Order and Judgment<br><br>Date:   May 2, 2023<br>Time:  1:30 p.m.<br>Courtroom:  4, 15th floor<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on May 2, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Dale A. Drozd, via zoom, in Courtroom 4, 501 I Street, Sacramento, California, Defendant Jelly Belly Candy Company ("Jelly Belly") will and hereby does submit this Application for Attorneys' Fees and Costs.

This Application is made pursuant to the Court's March 7, 2023 Order (ECF 43) granting Jelly Belly's motion for fees and costs under Federal Rule of Civil Procedure 41(d). Jelly Belly respectfully requests an award of reasonable attorneys' fees and costs in the amount of $152,294.55.

This Application is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the Declaration of Eric D. Wong, and the exhibits thereto, all matters upon which judicial notice may be taken, the complete files and records in this action, and any argument the Court may permit.

DATED: March 14, 2023                    GREENBERG TRAURIG, LLP

                                         By: */s/Michael D. Lane*
                                         Kurt A Kappes
                                         Michael D. Lane

                                         *Attorneys for Defendant*
                                         Jelly Belly Candy Company

DEFENDANT JELLY BELLY CANDY COMPANY'S NOTICE OF APPLICATION FOR
ATTORNEYS' FEES AND COSTS