KURT A. KAPPES – SBN 146384
MICHAEL D. LANE – SBN 239517
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

Attorneys for Defendant,
JELLY BELLY CANDY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>JELLY BELLY CANDY COMPANY,<br><br>    Defendant. | Civil Action No. 2:23-cv-00035-DAD-JDP<br><br>**[PROPOSED] ORDER AND JUDGMENT GRANTING DEFENDANT JELLY BELLY CANDY COMPANY'S APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO RULE 41(D)**<br><br>[Filed Concurrently with (1) Notice of Application for Attorneys' Fees and Costs pursuant to Rule 41(d); (2) Memorandum of Points and Authorities; and (3) Declaration of Eric D. Wong]<br><br>Date:  May 2, 2023<br>Time: 1:30 p.m.<br>Courtroom: 4, 5th floor<br><br>Trial Date: None Set |

Case No. 2:23-cv-00035-DAD-JDP
[PROPOSED] ORDER AND JUDGMENT GRANTING DEFENDANT JELLY BELLY CANDY COMPANY'S APPLICATION FOR AN AWARD OF FEES AND COSTS

After consideration of Defendant Jelly Belly Candy Company's Application Under Rule 41 of the Federal Rules of Civil Procedure, the pleadings, briefs, and oral argument presented, as well as all other relevant matters presented to the Court, the hereby GRANTS the application and ORDERS as follows:

1. The fees and costs incurred by Defendant Jelly Belly Candy Company are reasonable.
2. Defendant Jelly Belly Candy Company shall be entitled to an award of attorney's fees and costs incurred in the New York Action in an amount of $152,294.55.
3. All claims of Plaintiff David Klein are dismissed with prejudice.
4. Judgment shall be, and herby is, entered in favor of Defendant Jelly Belly Candy in the amount of $152,294.55.
5. Plaintiff David Klein shall, by no later than fourteen (14) days of the date of this Order, satisfy this Judgment by sending a certified check in the amount of $152,294.55 made payable to Jelly Belly Candy Company to the following address:

    Kurt Kappes
    Greenberg Traurig, LLP
    1201 K Street, Suite 1100
    Sacramento, CA  95814-3938

6. The Court shall retain jurisdiction over this matter with respect to the enforcement of this Order and Judgment, including the jurisdiction to issue any appropriate orders to show cause and other appropriate relief, including a debtor's examination and other post-judgment discovery.

**IT IS SO ORDERED.**

DATED: _____ _____
                                          HON. DALE A. DROZD
                                          United States District Court Judge